UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YANG YANG,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>BUFFALO RANCH HOMEOWNERS ASSOCIATION, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:15-cv-01246-LDG-NJK<br><br>ORDER GRANTING MOTION FOR LEAVE TO AMEND<br><br>(Docket No. 23) |

Pending before the Court is Plaintiff's motion for leave to file an amended complaint adding a defendant. Docket No. 23. To date, no response has been filed in opposition. Accordingly, the motion is hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d). Pursuant to Local Rule 15-1(b), no later than January 11, 2016, Plaintiff shall file and serve the amended complaint.

IT IS SO ORDERED.

DATED: December 28, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge