Edward D. Boyack
Nevada Bar No. 005229
**BOYACK ORME & TAYLOR**
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
ted@boyacklaw.com
702.562.3415
702.562.3570 (fax)
Attorney for Defendant
Buffalo Ranch Homeowners Association

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| YANG YANG, <br><br> Plaintiff, <br><br> vs. <br><br> BUFFALO RANCH HOMEOWNERS ASSOCIATION, a domestic non-profit corporation; STICOY BAY LLC, a domestic limited liability company; ABSOLUTE COLLECTION SERVICES, LLC, a domestic limited liability company; NATTINAN WANDEEVONG, an individual, <br><br> Defendants. | CASE NO. 2:15-cv-01246-LDG-NJK |

### SUBSTITUTION OF ATTORNEY

Buffalo Ranch Homeowners Association (Defendant) hereby substitutes Edward D. Boyack of Boyack Orme & Taylor, 401 N. Buffalo Drive #202, Las Vegas, Nevada 89145, 702-562-3415, as attorney of record in place and of Kurt R. Bonds of Alverson, Taylor, Mortensen & Sanders as its counsel of record in the above captioned matter.

DATED: 01-15-16

_____
BUFFALO RANCH HOMEOWNERS ASSOCIATION

I consent to the above substitution.

DATED: 1/18/2016  _____
ALVERSON, TAYLOR, MORTENSEN & SANDERS

I am duly admitted to practice in this District.
Above substitution accepted.

DATED: 1/20/16  _____ #13975
BOYACK ORME & TAYLOR

Please check one: __XX__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: January 25, 2016  _____
United States Magistrate Judge

Yang v. Buffalo Ranch Homeowners Association
Case No. 2:15-cv-01246-LDG-NJK