Shane D. Cox, Esq. (#13852)
Absolute Collection Services, LLC
8440 West Lake Mead Boulevard, Ste 210
Las Vegas, Nevada 89128
Phone: (702)531-3394
Fax: (702)531-3396
Shane@absolute-collection.com
Attorney for Absolute Collection Services, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Yang Yang, | Case No.: 2:15-cv- 01246-LDG-NJK |
| Plaintiff, | |
| vs. | |
| Buffalo Ranch Homeowners Association, a domestic non-profit corporation; Saticoy Bay, a domestic limited company; Absolute Collection Services, LLC, a domestic limited liability company, Nattinan Wandeevong, an individual | **SUBSTITUTION OF ATTORNEY** |
| Defendants. | |

Charles L. Geisendorf, Esq., attorney of record for Absolute Collection Services, LLC does hereby consent to the substitution of Shane D. Cox, Esq., as attorney for Absolute Collection Services, LLC in the above-entitled matter in his place and stead.

DATED this ___ day of February, 2016.

_____
Charles L. Geisendorf, Esq.

Shane D. Cox, Esq., does hereby agree to be substituted in the place of Charles L.

Geisendorf, Esq., as attorney for Absolute Collection Services, LLC in the above-entitled matter.

DATED this 17 day of February, 2016.

_____
Shane D. Cox, Esq.

Absolute Collection Services, LLC, consents to the substitution of Shane D. Cox, Esq., in place of Charles L. Geisendorf, Esq., as its attorney of record.

DATED this 17 day of February, 2016.

_____
Absolute Collection Services, LLC
By: Kelly Mitchell

IT IS SO ORDERED.
Dated: February 22, 2016

_____
United States Magistrate Judge

2