# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YANG YANG, | ) |
| Plaintiff(s), | ) Case No. 2:15-cv-01246-LDG-NJK |
| vs. | ) ORDER |
| BUFFALO RANCH HOMEOWNERS ASSOCIATION, et al., | ) (Docket No. 55) |
| Defendant(s). | ) |

Pending before the Court is an emergency motion to stay discovery filed by Defendant Nattinan Wandeevong. Docket No. 55. As an initial matter, the motion relies on the incorrect standards for seeking a stay of discovery pending resolution of dispositive motions. *Compare id.* at 9-10 *with Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).[1] Because the motion does not address the applicable standards, it is DENIED without prejudice.

The motion also makes note of the fact that Defendant Wandeevong only recently appeared in this case. *See* Docket Nos. 49-41 (March 7, 2016). The parties shall all promptly confer and shall file,

---

[1] "Courts in this District have formulated three requirements in determining whether to stay discovery pending resolution of a potentially dispositive motion; motions to stay discovery may be granted when: (1) the pending motion is potentially dispositive; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a 'preliminary peek' at the merits of the potentially dispositive motion and is convinced that the plaintiff will be unable to state a claim for relief." *Kor Media*, 294 F.R.D. at 581.

no later than March 21, 2016, a joint statement providing their views on whether the discovery deadlines should be altered in light of Defendant Wandeevong's recent appearance.

IT IS SO ORDERED.

DATED: March 17, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge