UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YANG YANG,

        Plaintiff(s),

vs.

BUFFALO RANCH HOMEOWNERS
ASSOCIATION, et al.,

        Defendant(s).

Case No. 2:15-cv-01246-LDG-NJK

ORDER

Pending before the Court is a joint statement concerning the parties' positions on the schedule for completing discovery in this case. Docket No. 57. The discovery cutoff is currently set for March 21, 2016. Defendant Nattinan Wandeevong appeared in this action for the first time on March 7, 2016,[1] and she argues that she will be deprived a fair opportunity to conduct discovery unless she is given an extension of 180 days. Docket No. 57 at 4-5. Defendants HOA, Saticoy Bay, and ACS have no objection to that extension. *Id.* at 6-7. Plaintiff does object, however, arguing that Ms. Wandeevong conducted no discovery in the two months after being served in this case and that her need to conduct discovery is lessened by her ability to rely on the discovery conducted already by Saticoy Bay. Plaintiff also argues that extending discovery will prejudice Plaintiff because it intends to bring a motion for summary judgment after the close of discovery, which would be delayed. *Id.* at 5-6.

---

[1] Notably, however, the deadline for Ms. Wandeevong to appear expired on February 1, 2016. *See* Docket No. 57 at 3.

Having reviewed all of the arguments presented, the Court will extend the remaining deadlines as follows:

- Expert disclosure (Ms. Wandeevong only): April 13, 2016
- Rebuttal experts (to any experts disclosed by Ms. Wandeevong only): April 27, 2016
- Discovery cut-off: May 20, 2016;[2]
- Dispositive motions: June 13, 2016;
- Joint proposed pretrial order: July 13, 2016, or 30 days after resolution of any dispositive motion.

IT IS SO ORDERED.

DATED: March 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[2] Discovery motions must be filed no later than May 20, 2016.