# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YANG YANG | 2:15-cv-01246-LDG-NJK |
| Plaintiff, | ORDER |
| v. | |
| BUFFALO RANCH HOMEOWNERS ASSOCIATION, a domestic non-profit corporation; SATICOY BAY LLC, a domestic limited liability company; ABSOLUTE COLLECTION SERVICES, LLC, a domestic limited liability company, | |
| Defendants. | |

As an amended complaint has been filed in this case (#33), and defendant Saticoy Bay LLC has filed a motion to dismiss it (#42), the court will deny as moot defendant Saticoy Bay LLC's previously filed motion to dismiss the original complaint.

THE COURT HEREBY ORDERS that defendant Saticoy Bay LLC's motion to dismiss complaint (#15) is DENIED as moot.

DATED this 31 day of March, 2016.

Lloyd D. George
United States District Judge