**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YANG YANG, | ) |
| Plaintiff(s), | ) Case No. 2:15-cv-01246-LDG-NJK |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| BUFFALO RANCH HOME OWNERS ASSOCIATION, et al., | ) (Docket No. 87) |
| | ) |
| Defendant(s). | ) |

Pending before the Court is an *ex parte* motion filed by Plaintiff's counsel to be removed from the CM/ECF distribution list. Docket No. 87. The Court discerns no reason why the motion should be filed and resolved without notice to opposing counsel. *Cf. Maxson v. Mosaic Sales Solutions U.S. Operating Co.*, 2015 WL 4661981, *1 (D. Nev. July 29, 2015) (noting disfavored status of *ex parte* motions, and requiring a showing of "compelling reasons" for seeking relief on an *ex parte* basis). Accordingly, the motion is hereby DENIED. The Clerk's Office is INSTRUCTED to issue this order on the public docket and to serve it to all counsel.

IT IS SO ORDERED.

Dated: June 14, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE