# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YANG YANG<br><br>　　Plaintiff,<br><br>v.<br><br>BUFFALO RANCH HOMEOWNERS ASSOCIATION, a domestic non-profit corporation; SATICOY BAY LLC, a domestic limited liability company; ABSOLUTE COLLECTION SERVICES, LLC, a domestic limited liability company,<br><br>　　Defendants. | 2:15-cv-01246-LDG-NJK<br><br>ORDER |

Before the court proceeds further on the outstanding motions, it would like the parties' insight on whether the Ninth Circuit's decision in <u>Bourne Valley Court Trust v. Wells Fargo Bank, NA</u>, No. 15-15233, 2016 U.S. App. Lexis 14857 (9th Cir. June 13, 2016), has any effect upon the claims made in this case. The dispositive motions were filed before the Ninth Circuit's opinion was filed. Therefore,

THE COURT HEREBY ORDERS that the parties shall have 60 days from the date of this order in which to file supplemental briefs addressing whether <u>Bourne Valley Court Trust</u> has any effect upon the claims made in this case. Response and reply briefing to the supplemental briefs shall follow the local rules of court.

THE COURT FURTHER ORDERS that for administrative and statistical purposes, plaintiff's motion for order to show cause (#22); defendant Saticoy Bay, LLC's, motion for summary judgment (#24); defendant Saticoy Bay, LLC's, motion to dismiss amended complaint (#42); plaintiff Yang's motion for summary judgment (#59); defendant Buffalo Ranch Homeowners Association's motion to dismiss amended complaint (#66); defendant Saticoy Bay, LLC's, motion for summary judgment (#68); and defendant Nattinan Wandeevoong's motion for summary judgment (#86) are DENIED without prejudice to their reinstatement by the court after consideration of the above-ordered supplemental briefing.

DATED this ___ day of September, 2016.

_____
Lloyd D. George
United States District Judge