RUSTY GRAF, ESQ.
NEVADA BAR NO. 6322
**BLACK & LOBELLO**
10777 W. Twain Avenue, Suite 300
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
rgraf@blacklobello.law
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YANG YANG, | Case No.: 2:15-cv-01246-LDG-NJK |
| Plaintiff, | |
| v. | |
| BUFFALO RANCH HOMEOWNERS ASSOCIATION, a domestic non-profit corporation; SATICOY BAY LLC, a domestic limited liability company; ABSOLUTE COLLECTION SERVICES, LLC, a domestic limited liability company; NATTINAN WANDEEVONG, an individual, | |
| Defendants. | |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiff, YANG YANG, by and through their attorney Rusty Graf, Esq. and Defendant, ABSOLUTE COLLECTION SERVICES, LLC, by and through its counsel Shane Cox, Esq. and hereby stipulate and agree that all claims by and against ABSOLUTE COLLECTIONS SERVICES,

///

///

///

///

1

LLC shall be dismissed, each party to bear their own fees and costs; provided that this Court shall retain jurisdiction to accept.

DATED this 26th day of September, 2018.

**BLACK & LOBELLO**

Rusty Graf, Esq.
Nevada Bar No. 6322
10777 W. Twain Ave., Suite 300
Las Vegas, Nevada 89135
rgraf@blacklobello.law
*Attorney for Plaintiff*
YANG YANG

DATED this 1st October day of September, 2018.

**ABSOLUTE COLLECTIONS SERVICES, LLC**

Shane D. Cox, Esq.
Nevada Bar No. 13852
7485 W. Azure Dr., Ste. 129
Las Vegas, Nevada 89130
shane@absolute-collection.com
*Attorney for Defendant*
ABSOLUTE COLLECTION SERVICES, LLC

\*\*\*

## ORDER

The Court having considered the foregoing and good cause appearing:

IT IS HEREBY ORDERED that this matter be DISMISSED WITH PREJUDICE as to YANG YANG and ABSOLUTE COLLECTION SERVICES, LLC, a domestic liability company, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED this 6 day of Nov 2018.

_____
DISTRICT JUDGE

Respectfully submitted by:

**BLACK & LOBELLO**

Rusty Graf, Esq.
Nevada Bar No. 6322
10777 W. Twain Ave., Suite 300
Las Vegas, Nevada 89135
*Attorney for Plaintiffs*

2