WRIGHT, FINLAY & ZAK, LLP
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| YANG YANG, <br><br> Plaintiff, <br> vs. <br><br> BUFFALO RANCH HOMEOWNERS ASSOCIATION , a domestic non-profit corporation; SATICOY BAY LLC, a domestic limited liability company; ABSOLUTE COLLECTION SERVICES, LLC, a domestic limited liability company, <br><br> Defendant. | Case No.: 2:15-cv-01246-LDG-NJK <br><br> **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

PLEASE TAKE NOTICE that Yanxiong Li, Esq. no longer represents Plaintiff, YANG YANG in the instant case. Therefore, it is no longer necessary that Yanxiong Li, Esq. receive CM/ECF notice.

DATED this 5th day of March, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Yanxiong Li, Esq.*
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117

IT IS SO ORDERED.
Dated: March 6, 2019
.
.
_____
Nancy J. Koppe
United States Magistrate Judge