# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YANG YANG,

    Plaintiff,

v.

BUFFALO RANCH HOMEOWNERS ASSOCIATION, *et al.*,

    Defendants.

Case No. 2:15-cv-01246-LDG (NJK)

**ORDER**

    For good cause shown,

    THE COURT **ORDERS** that Defendant Saticoy Bay LLC's Motion to Re-Open Case (CM/ECF No. 105) for the limited purpose of considering Saticoy Bay LLC's motion to expunge the lis pendens recorded against the subject property is GRANTED.

//
//
//
//
//

THE COURT FURTHER **ORDERS** that, as the parties have filed a stipulation to expunge the lis pendens recorded against the subject party, and as the Court will sign that stipulation, the Motion to Expunge Lis Pendens (CM/ECF No. 106) is DENIED as moot.

DATED this 28 day of October, 2019.

_____
Lloyd D. George
United States District Judge