MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendant Saticoy Bay LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YANG YANG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BUFFALO RANCH HOMEOWNERS ASSOCIATION, a domestic non-profit corporation; SATICOY BAY LLC, a domestic limited liability company; ABSOLUTE COLLECTION SERVICES, LLC, a domestic limited liability company,<br><br>　　　　Defendant. | Case No.: 2:15-cv-01246-LDG-NJK<br><br>**STIPULATION AND ORDER TO EXPUNGE LIS PENDENS** |

Defendant Saticoy Bay LLC (hereinafter "Saticoy Bay LLC"), by and through its counsel Michael F. Bohn, Esq., and plaintiff Yang Yang, by and through his counsel, Rusty Graf, Esq., hereby stipulate that the lis pendens filed with this court on July 1, 2015 (ECF 2), and recorded with the Clark County Recorder on July 20, 2015, as instrument number 20150702-0000663, against the property commonly known as 8174 Minots Ledge Avenue, Las Vegas, Nevada 89147, APN 163-21-718-004, with the following legal description:

> BUFFALO RANCH PHASE 4, as shown by Map thereof on file in Book 144 of Plats, PAGE 53, CERTIFICATE OF AMENDMENT RECORDED IN BOOK 20100601 AS INSTRUMENT NO. 0003735, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA

/ / /

/ / /

1

is hereby expunged and shall be of no further legal force or effect.

        IT IS SO STIPULATED.

        DATED this 1st day of May, 2019

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | BLACK & LOBELLO |
|---|---|
| By: /s/ Michael F. Bohn Esq.<br>Michael F. Bohn, Esq.<br>Adam R. Trippiedi, Esq.<br>2260 Corporate Cir, Suite 480<br>Henderson, Nevada 89074<br>Attorney for defendant Saticoy Bay LLC | By: /s/ Rusty Graf, Esq.<br>Rusty Graf, Esq.<br>10777 W. Twain Ave, Suite 300<br>Las Vegas, Nevada 89135<br>Attorneys for plaintiff Yang Yang |

## ORDER

**IT IS HEREBY ORDERED** that the lis pendens filed with this court on July 1, 2015 (ECF 2), and recorded with the Clark County Recorder on July 20, 2015, as instrument number 20150702-0000663, against the property commonly known as 8174 Minots Ledge Avenue, Las Vegas, Nevada 89147, APN 163-21-718-004, with the following legal description:

    BUFFALO RANCH PHASE 4, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 144 OF PLATS, PAGE 53, CERTIFICATE OF AMENDMENT RECORDED IN BOOK 20100601 AS INSTRUMENT NO. 0003735, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA

is hereby expunged and shall be of no further legal force or effect .

**IT IS SO ORDERED** this 29 day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE